ORIGINAL

DEBRA W. YANG
United States Attorney
STEVEN D. CLYMER
Special Assistant United States Attorney
Chief, Criminal Division
PETER A. HERNANDEZ (State Bar #178104)
Assistant United States Attorneys
Narcotics Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6681
    Facsimile: (213) 894-0142

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 03-398(A)-RMT |
| Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | |
| MIGUEL SARABIA, aka Edward Cortez, aka Charlie, | |
| Defendant. | |

    Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant MIGUEL SARABIA, aka Edward Cortez, aka Charlie, and gives notice of the following material factors:

    ____  1.  <u>Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds</u>:

        ____  a.  offense committed while defendant was on release pending (felony trial), (sentencing) (appeal) or on (probation) (parole);

432

```
 1            ____  b.  alien not lawfully admitted for permanent
 2                      residence;
 3            ____  c.  flight risk;
 4            ____  d.  danger to community.
 5      X     2.  Pretrial Detention Requested (§ 3142(e)) because no
 6                condition or combination of conditions will
 7                reasonably assure against:
 8             X  a.  danger to any other person or the community;
 9             X  b.  flight.
10      X     3.  Presumptions Applicable to Pretrial Detention (18
11                U.S.C. § 3142(e)):
12             X  a.  Title 21 offense with 10-year or greater maximum
13                    penalty (presumption of danger to community and
14                    flight risk);
15            ____  b.  firearm used or carried during offense (18 U.S.C.
16                    § 924(c)) (presumption of danger to community and
17                    flight risk);
18            ____  c.  offense under Maritime Drug Law Enforcement Act
19                    (46 U.S.C. App. 1901 et seq.) (presumption of
20                    danger to community and flight risk);
21            ____  d.  defendant currently charged with (I) crime of
22                    violence, (II) offense with maximum sentence of
23                    life imprisonment or death,(III) Title 21 offense
24                    with ten year or greater maximum sentence, or
25                    (IV) state or local offense that would qualify
26                    under I, II, or III if federal jurisdiction were
27                    present, and defendant was previously convicted
28
```

```
                    of a crime listed in I, II, or III committed
                    while on release pending trial, and the current
                    offense was committed within five years of
                    conviction or release from prison on the above-
                    described previous conviction (presumption of
                    danger to community).
     X     4.       Government is Entitled to Detention Hearing
                    Under § 3142(f) Based on the Following:
           ___   a. crime of violence (defined in 18 U.S.C. § 3156);
            X    b. maximum sentence is life imprisonment or death;
            X    c. Title 21 offense with maximum sentence of ten
                    years or more;
           ___   d. instant offense is felony and defendant has two
                    or more convictions for a crime set forth in a-c
                    above or for an offense under state or local law
                    that would qualify under a, b, or c if federal
                    jurisdiction were present;
            X    e. serious risk of flight;
           ___   f. serious risk of (obstructing justice or
                    attempting to obstruct justice)(threatening,
                    injuring, or intimidating witness or juror, or
                    attempting to do so).
```

```
 1      ____    5.   Government requests continuance of _____ days for
 2                   detention hearing based upon the following reason: __
 3              _____
 4              _____
 5              _____
 6
 7      ____    6.   Good cause for continuance in excess of three days
 8                   exists in that:
 9              _____
10              _____
11              _____
12              _____
13
14
15   DATED: August 3, 2004              Respectfully submitted,
16                                      DEBRA W. YANG
                                        United States Attorney
17
                                        STEVEN D. CLYMER
18                                      Special Assistant United States
                                        Attorney
19                                      Chief, Criminal Division
20
21                                      /s/ Peter A. Hernandez
22                                      _____
                                        PETER A. HERNANDEZ
23                                      Assistant United States Attorney

24                                         Attorneys for Plaintiff
                                           United States of America
25
26
27
28
```

4