Priority ✗
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.  **CR 03-00398(A)-RMT-19**                              Dated: October 7, 2005

---

PRESENT:  HONORABLE ROBERT M. TAKASUGI, SENIOR DISTRICT COURT JUDGE

| Heidi M. Hricko | None Present | Peter Hernandez, AUSA |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
|  |  | **Not** Present |

---

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)  MIGUEL SARABIA (CUSTODY)           1)   Judith Rochlin, CJA
    **Not** Present                              **Not** Present

---

PROCEEDINGS (IN CHAMBERS):        **NOTICE TO COUNSEL**

**COUNSEL ARE NOTIFIED** that on the Court's own motion, a change of plea for the above named defendant has been set on calendar for **Monday, October 17, 2005 at 9:30 a.m.**

cc:    USM
       PSA

ENTERED
OCT 1 1 2005

Initials of Preparer    hmh

MINUTES FORM 6
CRIM -- GEN