1  DEBRA WONG YANG
   United States Attorney
2  THOMAS P. O'BRIEN
   Assistant United States Attorney
3  Chief, Criminal Division
   PETER A. HERNANDEZ (CSB #178104)
4  Assistant United States Attorney
   Narcotics Section
5        1400 United States Courthouse
         312 North Spring Street
6        Los Angeles, California 90012
         Telephone: (213) 894-6681
7        Facsimile: (213) 894-0142

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9
                    UNITED STATES DISTRICT COURT
10
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
   UNITED STATES OF AMERICA,     )    No. CR 03-398(A)-RMT
12                               )
                   Plaintiff,    )    GOVERNMENT'S STATEMENT OF
13                               )    NONOBJECTION REGARDING
                   v.            )    PROBATION REPORT FOR DEFENDANT
14                               )    MIGUEL SARABIA
   MIGUEL SARABIA,               )
15                               )    Sentencing Date: 01/09/06
                   Defendant.    )    Sentencing Time: 9:30 a.m.
16                               )
                                 )
17  ─────────────────────────────)

18        Plaintiff United States of America, by and through Assistant

19  United States Attorney Peter A. Hernandez, hereby respectfully

20  states that the government does not object to the factual

21  statements included in the United States Probation Officer's

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

report regarding the sentencing of defendant MIGUEL SARABIA.

Dated: December 12, 2005          Respectfully Submitted,

                                  DEBRA WONG YANG
                                  United States Attorney

                                  THOMAS P. O'BRIEN
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                  PETER A. HERNANDEZ
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  United States of America

## CERTIFICATE OF SERVICE

I DECLARE:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 N. Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

that I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S STATEMENT OF NONOBJECTION REGARDING PROBATION REPORT FOR DEFENDANT MIGUEL SARABIA**

SERVICE WAS:

[X] Placed in a closed envelope for collection & interoffice delivery addressed as follows

[X] Placed in a sealed envelope for collection & mailing via United States Mail, addressed as follows:

[] By hand delivery addressed as follows:

[] By facsimile as follows:

[] By messenger as follows:

[] By federal express as follows:

U.S. PROBATION
GREG KIRK
600 U.S. COURTHOUSE
312 N. SPRING STREET
LOS ANGELES, CA 90012

LAWRENCE LONGO
280 S. BEVERLY DRIVE #210
BEVERLY HILLS, CA 90212

This certificate is executed on December 12, 2005, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
ROLAND HERNANDEZ