# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: CR03-398(A)-RMT—19 |
|---|---|---|
| | Plaintiff(s) | |
| v. | | |
| MIGUEL SARABIA<br>aka Edward Cortez<br>aka Charlie | | **WARRANT FOR ARREST**<br>**UNDER SEAL** |
| | Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **MIGUEL SARABIA, aka Edward Cortez aka Charlie**

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ■ Indictment ☐ Information ☐ Order of Court ☐ Probation Violation Petition ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Conspiracy to Illegally Distribute a Listed Chemical and to Aid and Abet the Manufacture of Methamphetamine**

in violation of Title **21:18:** United States Code, Section(s) **846, 841(a)(1), 841 (b)(1)(A) and 841(c)(2):2**

| Sherri R. Carter | August 3, 2004     LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: **MARGARET A. NAGLE** |
| MONICA BOONE | NAME OF JUDICIAL OFFICER |
| SIGNATURE OF DEPUTY CLERK | |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

ARRESTED WITHIN THE C/CA
BY: USM
SIGNED:

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST 9/2/04 | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (03/04)                                    PAGE 1 OF 2