# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:03-cr-00398-R |
| v. | |
| Galeb Mizyed, et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Criminal Cases) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

| January 21, 2022 | _Christina A. Snyder_ /s/ |
|---|---|
| Date | United States District Judge |

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____

_____

_____

| _____ | _____ |
|---|---|
| Date | United States District Judge |

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:02-cr-00003 CAS  and the present case:

[X]  A.  Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

[ ]  B.  Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because documents are routed to the assigned judge by means of these initials.

cc:  [ ] PSALA  [ ] PSAED  [ ] USMLA  [ ] USMSA  [ ] USMED  [ ] Previous Judge  [ ] Statistics Clerk